# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 13, 2024**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Rocha-Centeno, Christian | Docket No. | 0980 4:23CR06019-SAB-7 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Christian Rocha-Centeno, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 27th day of July, 2023, under the following conditions:

**Additional Condition of Release #20:** Defendant shall participate in the following home confinement program(s): GPS Monitoring: The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office. AND Curfew: Defendant shall be restricted to his/her residence: every day from 9:00 p.m. to 6:00 a.m. except for medical emergencies.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Christian Rocha-Centeno is alleged to be in violation of his pretrial release supervision by failing to comply with curfew requirements on February 6, 2024.

On July 27, 2023, the global position system (GPS) tracker was installed on Mr. Rocha-Centeno and curfew requirements of 9 p.m. to 6 a.m. were reviewed with him. On August 17, 2023, all the conditions of release were reviewed with the defendant to include curfew time and requirements. He signed a copy of his conditions and he was provided with a copy.

On February 6, 2024, at about 8:30 p.m., Mr. Rocha-Centeno sent the undersigned officer a text message stating he was letting this officer know he would be late returning home. The undersigned officer reviewed the GPS mapping points which revealed the defendant was at Legends Casino in Toppenish, Washington He left the casino at about 8:30 p.m. and returned to his residence at about 9:30 p.m., past the approved curfew time of 9 p.m. The defendant did not have permission to return late.

To date, Mr. Rocha-Centeno has complied with reporting instructions, is enrolled with mental health counseling at United Family Center, and is in compliance with treatment. Besides the alleged violation mentioned above, Mr. Rocha-Centeno has otherwise complied with his conditions of pretrial release and has not incurred any other noncompliance related to location monitoring. This officer reviewed the location monitoring expectations and program requirements with the defendant and he expressed a commitment to fully comply with all program requirements.

### PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. | |
| | Executed on: | February 13, 2024 |
| by | s/Elizabeth Lee | |
| | Elizabeth Lee<br>U.S. Pretrial Services Officer | |

PS-8

Re: Rocha-Centeno, Christian
February 13, 2024
Page 2

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

February 13, 2024

Date